UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DASMON TAIWIAN JONES,<br><br>             Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY JAIL, PIERCE COUNTY SUPERIOR COURT, GREGORY GREER, STEPHANIE A AREND, CARUSO,<br><br>             Defendants. | CASE NO. 3:19-CV-05088-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: June 14, 2019 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Dasmon Taiwian Jones, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on February 1, 2019. *See* Dkt. 1. On February 14, 2019, the Court screened Plaintiff's Complaint and found it was deficient. Dkt. 5. The Court ordered Plaintiff to correct the deficiencies of the Complaint and, on February 26, 2019, Plaintiff filed an Amended Complaint. *Id.*; Dkt. 6. The Court screened Plaintiff's Amended Complaint, found it was deficient, and directed Plaintiff to correct the deficiencies in the Amended Complaint. Dkt. 7. Plaintiff filed a Second Amended Complaint on April 10, 2019. Dkt. 8. The

1  Court screened Plaintiff's Second Amended Complaint and found it was deficient. Dkt. 9
2  ("Order"). The Court directed Plaintiff to file an amended pleading curing the deficiencies of the
3  Second Amended Complaint on or before May 17, 2019. *Id*. The Court warned that failure to file
4  an amended complaint or adequately address the issues identified in the Order would result in the
5  Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915. *Id*.

6  Plaintiff has failed to comply with the Court's Order. He has not filed a response to the
7  Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to
8  state a claim upon which relief can be granted in the Second Amended Complaint. *See* Dkt. 9.
9  Therefore, the Court recommends this case be dismissed without prejudice pursuant to 28 U.S.C.
10 §1915. As Plaintiff failed to state a claim upon which relief could be granted, the Court also
11 recommends this case be considered a "strike" under § 1915(g).

12 Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
13 Procedure, the parties shall have fourteen (14) days from service of this Report to file written
14 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
15 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
16 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on June 14,
17 2019, as noted in the caption.

18 Dated this 29th day of May, 2019.

David W. Christel
United States Magistrate Judge