UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DASMON TAIWIAN JONES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PIERCE COUNTY JAIL et al.,<br><br>　　　　　　　Defendants. | CASE NO. C19-5088 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

　　(1)　　The R&R is **ADOPTED**;

　　(2)　　Plaintiff's complaint is **DISMISSED** without prejudice;

　　(3)　　Plaintiff's *in forma pauperis* status is **REVOKED** on appeal; and

　　(4)　　The Clerk shall enter **JUDGMENT** and close this case.

Dated this 28th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER